THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Michael Dewayne
 Elkin, Appellant.
 
 
 

Appeal from Lexington County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2008-UP-236
 Submitted April 1, 2008  Filed April 16,
 2008    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of
 Columbia; Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Michael Dewayne Elkin appeals
 his conviction for criminal sexual
 conduct with a minor second degree.  The trial judge sentenced him to fifteen
 years imprisonment.  Elkin contends the
 trial court erred in admitting his custodial statement.  Elkins counsel attached a petition to
 be relieved, stating he reviewed the record and concluded this appeal lacks
 merit.  Elkin did not file a pro se response brief.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Elkins appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON, SHORT, and THOMAS JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.